## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 2nd day of December, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS MAIL**

John C. Phillips, Esquire
Brian E. Farnan, Esquire
*Phillips, Goldman & Spence, P.A.*
1200 North Broom Street
Wilmington, DE 19806

Mary E. Augustine (No. 4477)